AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED
OCT 2 8 2016
Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Cecilia SAN MARTIN-Solano | ) | Case No. M-16-1998-M |
| YOB: 1978 Citizenship: Mexico | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 27, 2016__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 | Did knowingly and intentionally possess with the intent to distribute approximately 23.22 kilograms of cocaine, a schedule II controlled substance, from the United Mexican States. |
| 21 U.S.C. §§ 952 and 960 | Did knowingly and intentionally import into the United States approximately 23.22 kilograms of cocaine, a schedule II controlled substance, from the United Mexican States. |

This criminal complaint is based on these facts:
SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

*approved by*

Sworn to before me and signed in my presence.

Date: 10/28/2016

City and state: McAllen, Texas

*Complainant's signature*

Jesus R. Cuellar, HSI Task Force Officer
*Printed name and title*

*Judge's signature*

U.S. Magistrate Judge Nancy Johnson
*Printed name and title*

ATTACHEMENT A

I. On October 27, 2016, at approximately 5:55 A.M, Cecilia SAN MARTIN-Solano, the driver and sole occupant of a white 2003 Hyundai Santa Fe, presented herself for inspection at the Hidalgo, Texas Port of Entry (POE).

II. SAN MARTIN-Solano stated to primary Customs and Border Protection Officer (CBPO) that she was en route to Wal-Mart to go shopping and that she was the owner of the vehicle she was driving. CBPO proceeded to conduct an inspection on the vehicle and used a mirror to take a look at the under carriage. CBPO noticed tampering on the bolts holding the gas tank and tapped the gas tank and noticed it felt solid. CBPO referred SAN MARTIN-Solano and her vehicle to secondary for a more intensive inspection.

III. At secondary inspection, CBPO conducted an inspection of the vehicle and noticed tampering on the outer areas of the gas tank. CBPO noticed that some bolts had been removed and the gas tank appeared to have been removed recently. The vehicle was then escorted to VACIS (Vehicle and Cargo Inspection System) where a CBPO discovered anomalies in the gas tank.

IV. A further inspection of SAN MARTIN-Solano's vehicle resulted in the discovery of twenty one (21) packages of cocaine, weighing approximately 23.22 kilograms, concealed within two (2) compartments inside the gas tank.

V. Homeland Security Investigations, McAllen, Texas was notified of the seizure and responded to the Hidalgo, Texas POE for further investigation.

VI. During a post-Miranda interview, SAN MARTIN-Solano stated that she has been the sole owner of the Hyundai Santa Fe for the past year. She bought the vehicle on the street and could not remember how much she paid for the vehicle. SAN MARTIN-Solano further stated that she has had sole possession of the vehicle. No one else drives that vehicle, except when the vehicle was taken to an unknown mechanic shop for repairs fifteen (15) days earlier. SAN MARTIN-Solano could not remember who took her vehicle to the mechanic shop nor could remember the name of the mechanic shop. SAN MARTIN-Solano could not give an explanation as to how twenty one (21) packages of cocaine were placed in the gas tank of her vehicle.